IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN HELLER, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Civil No. 03-12250-RGS |
| ) | |
| v. ) | |
| ) | |
| EILEEN HELLER, BARRY ROGOFF, ) | Formerly |
| INEZ DOLAN, JULIE ROSENFIELD, ) | Civil No. 03-E-0060GC1 |
| ELIZABETH HELLER, PAUL HELLER, ) | Essex County Probate & |
| JOHN HELLER, ROBERT M. HELLER, and ) | Family Court Department |
| COMMISSIONER OF INTERNAL REVENUE, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' MOTION TO DISMISS

The United States, by its undersigned counsel, hereby moves to dismiss this action as the plaintiff has not established that the United States has waived its sovereign immunity in this action. Furthermore, the United States moves to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the complaint fails to state a claim upon which relief can be granted.

A memorandum of law accompanies this motion.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


          LYDIA D. BOTTOME
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 55
          Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 307-6560