IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EILEEN HELLER, Trustee )
                                           )
           Plaintiff                       )
                                           )
    v.                                     )  CIVIL NO. 03 12250RGS
                                           )
EILEEN HELLER, BARRY ROGOFF,               )
INEZ DOLIN, JULIE ROSENFIELD, ELIZABETH    )  Formerly
HELLER, PAUL HELLER, JOHN HELLER, ROBERT   )  Civil No. 03E-0060GC1
M. HELLER and COMMISSIONER OF              )  Essex County Probate &
INTERNAL REVENUE SERVICE                   )  Family Court Department
                                           )
           Defendants                      )

## CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1, I certify that I have consulted on the attached motion with Lydia D. Bottome, Esquire, Attorney for the U. S. Department of Justice, who was the party who moved for the dismissal of this action.

Ms. Bottome authorized me to indicate the assent of the United States to the motion to vacate the Order of Dismissal and to the request to dismiss the Commission of Internal Revenue Service as a party thereto. Ms. Bottome further indicated that assuming the Commission of Internal Revenue Service was, in fact, dismissed from the case, it would be inappropriate for the government to assent to the requested remand, but that they did not intend to oppose such request.

Signed under the penalties of perjury this 23rd day of January, 2004.

_____
FRANCIS T. MAYO
Attorney for Plaintiff, Eileen Heller
2 Salem Green
Salem, MA          01970
(978-744-1148)
BBO #325930